*April 12, 1938.*

McFadden, Respondent, vs. Hudson, Appellant.

For the appellant: *Lee & Boesel* of Madison.
For the respondent: *George F. Lange* of Madison.
*By the Court.*—Judgment affirmed.

Narum, Respondent, vs. Ashman and another, Appellants.

For the appellants: *William J. Geenen* of Appleton.
For the respondent: *O'Leary & Joyce* of Neenah.
*By the Court.*—Judgment affirmed.

Quinn, Respondent, vs. Haas and another, Appellants.

For the appellants: *Doar & Knowles* of New Richmond.
For the respondent: *Tom L. Yates* of Amery.
*By the Court.*—Judgment affirmed.

Quinn, Respondent, vs. Haas and another, Appellants.

For the appellants: *Doar & Knowles* of New Richmond.
For the respondent: *Tom L. Yates* of Amery.
*By the Court.*—Judgment affirmed.